***NOT PRINTED FOR PUBLICATION***

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. 9:18-CR-30 |
| § | |
| JECOREY RAMONE RICHARD § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## ON DEFENDANT'S MOTIONS FOR RELEASE

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration of Defendant's motion for compassionate release (Doc. No. 41). On September 16, 2020, Judge Giblin issued his Report and Recommendation (Doc. No. 45). Judge Giblin recommended that the Court deny Mr. Richard's motion seeking early release.

The parties have not filed objections to date. The Court **ORDERS** that the Report (Doc. No. 45) is **ACCEPTED**. The Court incorporates Judge Giblin's findings and recommended disposition in support of this order. Defendant Jecorey Ramon Richard's motion for compassionate release (Doc. No. 41) is **DENIED**.

So ORDERED and SIGNED, Oct 21, 2020.

Ron Clark
Senior Judge